```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND                    18-md-2865 (LAK)
LITIGATION

This paper applies to All Cases.
------------------------------------x
```

## PRETRIAL ORDER NO. 6

LEWIS A. KAPLAN, *District Judge.*

      The Court having conducted a Rule 16 conference with counsel, it is hereby

      ORDERED, as follows:

      1.    The application of Mark D. Allison, Esq., of the firm of Caplin & Drysdale for appointment as Lead Counsel for defendants [DI 6] is granted.

      2.    The parties shall confer with respect to the role of Lead Counsel for defendants and all other matters relating to the just, speedy and inexpensive conduct of the litigation, including among other things, the management and coordination of discovery and of motion practice. Lead Counsel shall file its proposed order with respect to these matters on or before December 18, 2018. Any response to that proposal shall be filed on or before January 11, 2019. The Court shall conduct a conference on these matters on January 24, 2019 at 9:30 a.m.

      3.    The dates set forth in paragraphs 6.1, 6.2 and 6.4 of Pretrial Order No. 4 are adjourned *sine die.*

      4.    Lead Counsel shall consult with the Clerk of Court to ensure that all individual actions with this multidistrict litigation are related to this master docket number 18-md-2865 for electronic filing purposes.

      SO ORDERED.

Dated:    November 20, 2018

                                                          Lewis A. Kaplan
                                                        United States District Judge

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2018